**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1. Debtor's name**   Standard Amusements LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   27 – 5310982

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1 Playland Parkway | |
| Number    Street | Number    Street |
| | P.O. Box 809 |
| | P.O. Box |
| Rye         NY    10580 | Rye         NY    10580 |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number    Street |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**   N/A

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    **Standard Amusements LLC**    Case number *(if known)*_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  5  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                       MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Standard Amusements LLC_____   Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>               Number      Street<br>_____<br>_____<br>     City                                        State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name  _____<br>       Phone            _____ | |

### Statistical and administrative information

| | | | |
|---|---|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| 14. **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor  **Standard Amusements LLC**                    Case number (if known)_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

×  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

×  I have been authorized to file this petition on behalf of the debtor.

×  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/27/2019
            MM / DD / YYYY

× /s/ _____              **Nicholas Singer**
Signature of authorized representative of debtor     Printed name

Title  Authorized Person

18. Signature of attorney

× /s/ John J. Rapisardi           Date  05/27/2019
Signature of attorney for debtor         MM / DD / YYYY

John J. Rapisardi, Esq.
Printed name

O'Melveny & Myers LLP
Firm name

7           Times Square
Number      Street

New York                          NY           10036
City                              State        ZIP Code

212-326-2063                      jrapisardi@omm.com
Contact phone                     Email address

1868595                           New York
Bar number                        State

**WRITTEN CONSENT OF THE MANAGER OF
STANDARD AMUSEMENTS LLC**

May 27, 2019

The undersigned, being the manager (the "Manager") of Standard Amusements LLC, a Delaware limited liability company (the "Company"), as set forth in the Company's Fifth Amended and Restated Operating Agreement, dated as of May 9, 2018 (the "Operating Agreement"), does hereby adopt, by this written consent pursuant to Section 4.1 of the Operating Agreement, and direct that this written consent be filed with the minutes of the Company.

**I. Chapter 11 Case**

**WHEREAS**, the Manager, in consultation with the Company's legal advisor, has determined that it is desirable and in the best interests of the Company and its creditors, stakeholders, and other interested parties that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**RESOLVED**, that any one or more persons designated as an "Authorized Person" by the Manager (each an "Authorized Person" and collectively, the "Authorized Persons") are authorized and empowered, in the name and on behalf of the Company, to execute and verify all petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and to commence any ancillary or related proceedings as may be necessary or appropriate to effectuate the restructuring of the Company and its affiliates and to execute, verify, and cause to be filed all documents in furtherance thereof, at such time as such Authorized Person executing the same shall determine;

**RESOLVED,** that in connection with the commencement of the chapter 11 case by the Company, each Authorized Person is authorized and empowered to negotiate, execute, and deliver such notes, security, and other agreements and instruments as such Authorized Person considers appropriate to enable the Company to utilize cash collateral or obtain debtor in possession financing on the terms and conditions such Authorized Person executing the same may consider necessary, proper, or desirable, and to consummate the transactions contemplated by such notes, security, or other agreements and instruments on behalf of the Company, subject to Bankruptcy Court approval; and

**RESOLVED**, that each Authorized Person is authorized and empowered, in the name and on behalf of the Company, to negotiate, enter into, execute, deliver, certify, file, record, and perform, or cause to be negotiated, entered into, executed, delivered, certified, filed, recorded, and performed, any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, acknowledgments, applications, including, without limitation, applications for approvals or rulings of governmental or regulatory authorities, pleadings, or other documents and to take, or cause to be taken, such other actions, as in the judgment of such Authorized Person shall be or become necessary, advisable, proper, or desirable in connection with the Company's chapter 11 case, such Authorized Person's performance of any such act and his or her execution and delivery of any such document, agreement, or instrument to be conclusive evidence of the Authorized Person's approval thereof.

**II. Retention of Advisors**

**WHEREAS,** the Manager has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors, stakeholders, and other interested parties for the Company to engage O'Melveny & Myers LLP as attorneys for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval.

**NOW, THEREFORE, BE IT RESOLVED,** that the Company is authorized to engage O'Melveny & Myers LLP as attorneys for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval; and

**RESOLVED**, that each Authorized Person is authorized and empowered to employ and retain all assistance by legal counsel, accountants, restructuring advisors, and other professionals, subject to Bankruptcy Court approval and to perform any and all further acts and deeds the Authorized Officer deems necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case.

**III. General Authority to Implement Foregoing Resolutions**

**RESOLVED,** that the omission from these resolutions of any agreement, document, or other arrangement contemplated by any of the agreements, documents, or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, documents, or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions;

**RESOLVED,** that all prior lawful actions taken by any Authorized Person or any member, legal counsel, or other representative of the Company, in the name and on behalf of the Company, in connection with the matters described in, and within the authority conferred by, the foregoing resolutions are authorized, ratified, and confirmed;

**RESOLVED,** that any one or more Authorized Persons and any one or more members, legal counsel, and other representatives of the Company are authorized to prepare, execute, deliver, and file any and all other documents and instruments or cause such documents and instruments to be

2

prepared, executed, delivered, and filed, and to take any and all other lawful actions or cause such actions to be taken, in the name and on behalf of the Company, that any such person may determine to be necessary or appropriate to implement the intent and purposes of the foregoing resolutions and the actions described therein.

*Remainder of Page Intentionally Left Blank*

**IN WITNESS WHEREOF**, the undersigned Manager of the Company has duly executed this Written Consent as of the date set forth above:

                                                **PCI UP LLC**
                                                By Purchase Capital Investments LLC, its Sole Member

                                                By: _____
                                                Name: Nicholas Singer
                                                Title:   Manager

[SIGNATURE PAGE TO STANDARD AMUSEMENTS LLC CONSENT]

**Fill in this information to identify the case and this filing:**

Debtor Name  Standard Amusements LLC

United States Bankruptcy Court for the Southern District of New York

Case number *(if known)*: _____

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
04/16

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quinn Emanuel<br>865 S. Figueroa St<br>10th Floor<br>Los Angeles, CA 90017 | Andrew Berdon<br>andrewberdon@quinnemanuel.com<br>(212) 849-7107 | Professional Services | Contingent | | | $178,130.04 |
| AtelierNY Architecture<br>21-34 44th Road<br>Long Island City, NY 11101 | Jonathan Miller<br>jmiller@atelierny.com<br>(718) 707-9550 | Professional Services | Contingent | | | $145,282.98 |
| Akerman LLP<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202 | Rema Awad<br>rema.awad@akerman.com<br>(904) 598-8668 | Professional Services | | | | $55,569.05 |
| Gasthalter & Co.<br>733 Third Avenue 16th Floor<br>New York, NY 10017 | Jonathan Gasthalter<br>jg@gasthalter.com<br>(212) 257 4170 | Professional Services | | | | $39,231.88 |
| DelBello Donnellan Weingarten Wise<br>1 North Lexington Ave.<br>White Plains, NY 10601 | Alfred E. Donnellan<br>AED@ddw-law.com<br>(914) 681-0200 | Professional Services | | | | $19,572.84 |
| BDO USA LLP<br>501 Riverside Avenue<br>Suite 800<br>Jacksonville, FL 32202 | Paul Davison<br>PDavison@bdo.com<br>(904) 396-4015 | Professional Services | | | | $18,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Maniglia, Andrew<br>15 Eastview Drive<br>Valhalla, NY<br>10595 | Andrew Maniglia<br>amaniglia@StandardAmusements.com | Employee Wages | | | | $16,224.07 |
| SS KS LLC (Sunshine Sachs)<br>136 Madison Avenue<br>17th Floor<br>New York, NY<br>10016 | John Schaefer<br>schaefer@sunshinesachs.com<br>(212) 691-2800 | Professional Services | | | | $16,000.00 |
| Berni, Beau<br>6798 Tarfford Ct.<br>Liberty Township, OH<br>45044 | Beau Berni<br>bberni@unitedparks.com | Employee Wages | | | | $15,583.33 |
| Harding, John<br>353 East 83rd Street, 8-H<br>New York, NY<br>10028 | John Harding<br>jharding@StandardAmusements.com | Employee Wages | | | | $13,500.00 |
| PLA Patricia Lynch Associates Inc.<br>677 Broadway, Suite 205<br>Albany, NY<br>12207 | Patricia Lynch<br>(518) 650-7169 | Professional Services | | | | $5,000.00 |
| Bell, Georgia<br>540 Fourth Street<br>Mamaroneck, NY<br>10543 | Georgia Bell<br>gbell@StandardAmusements.com | Employee Wages | | | | $2,500.00 |
| TVEyes Inc.<br>1150 Post Road<br>Fairfield, CT<br>06824 | Dan Miles<br>dmiles@tveyes.com<br>(203) 254-3600 | Professional Services | | | | $2,400.00 |
| Williams Scotsman<br>901 S. Bond Street<br>Suite 600<br>Baltimore, MD<br>21231-3357 | Legal Department<br>(800) 638-6963<br>(410) 933-5940 (fax) | Property Lease | | | | $1,597.00 |
| Intrinzic Technologies, LLC<br>10 Ellsworth Avenue<br>Staten Island, NY<br>10312 | Robert Corride<br>rcorride@intrinzictech.com | Professional Services | | | | $644.26 |
| Keeler, Evonne<br>137 Linden Avenue<br>Emerson, NJ<br>07630 | Evonne Keeler<br>ekeeler@unitedparks.com | Employee Wages | | | | $334.65 |
| Optimum<br>PO Box 9256<br>Chelsea, MA<br>02150-9256 | (914) 777-9000 | Trade Debt | | | | $222.03 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | | Tax Fees | | | | $50.00 |

3

Fill in this information to identify the case and this filing:

Debtor Name __Standard Amusements LLC__

United States Bankruptcy Court for the: __Southern__ District of __New York__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05 / 27 / 2019__        X _____/s/ Nicholas Singer_____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                            __Nicholas Singer__
                                            Printed name

                                            __Authorized Person__
                                            Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
STANDARD AMUSEMENTS LLC,[1] : Case No. 19-_____ (RDD)
: 
Debtor. : 
: 
------------------------------------------------------------ x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owners[2] |
|---|---|---|
| Standard Amusements LLC | (1) United Parks Holdings LLC<br>(2) Dragon Partners, LLC | (1) United Parks, LLC<br>(2) PCI UP LLP<br>(3) Jadian UP Holdings LLC |

---

[1] The last four digits of Debtor's federal tax identification number is: 0982, and the address of the Debtor's principal place of business is 1 Playland Parkway, Rye, New York 10580.

[2] The entities listed below include entities that manage multiple direct or indirect owners who, in the aggregate, own 10% or more of any class of equity interests in the Debtor.

Fill in this information to identify the case and this filing:

Debtor Name: Standard Amusements LLC

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/27/2019
MM / DD / YYYY

X _/s/ N.S._____
Signature of individual signing on behalf of debtor

Nicholas Singer
Printed name

Authorized Person
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
STANDARD AMUSEMENTS LLC,[1] : Case No. 19-_____ (RDD)
: 
                Debtor. :
: 
------------------------------------------------------------ x

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Bankruptcy Rule 1007(a)(3), the following is a list of entities holding an interest in the above-captioned interest.

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| United Parks Holdings LLC | Membership Interest | 90% |
| Dragon Partners, LLC | Membership Interest | 10% |

---

[1] The last four digits of Debtor's federal tax identification number is: 0982, and the address of the Debtor's principal place of business is 1 Playland Parkway, Rye, New York 10580.

Fill in this information to identify the case and this filing:

Debtor Name  Standard Amusements LLC

United States Bankruptcy Court for the:  Southern    District of  New York
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/27/2019            X _/s/ signature_____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

Nicholas Singer
Printed name

Authorized Person
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors